IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAKOTA HOLT, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) FILE No. 1:20-cv-04285-LMM |
| FIRST SOUTHERN MANAGEMENT COMPANY, LLC, | ) |
| Defendant. | ) |

## ORDER APPROVING CONSENT DECREE AND DISMISSAL OF DEFENDANTS WITH PREJUDICE

The Court, having read and reviewed the parties' Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit A, and for good cause shown, the Joint Stipulation to Approve Consent Decree and Dismiss with Prejudice is **GRANTED**. The Court is not in a position to know whether the factual representations are accurate and approves the Consent Decree solely as the parties' stated agreement. The Court shall retain jurisdiction to enforce the Consent Decree.

**SO ORDERED**, this  5th  day of      March      , 2021.

_____
Hon. Leigh Martin May
United States District Judge